FILED
CLERK, U.S. DISTRICT COURT

MAR 1 7 2026
rec

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID JOHN KIDWELL<br><br>　　　　Defendant. | ) 5:26 - MJ - 00150<br>)<br>) ORDER OF DETENTION AFTER<br>) HEARING ( Fed.R.Crim.P. 32.1(a)(6)<br>) Allegations of Violations of Probation<br>) Supervised Release)<br>) Conditions of Release)<br>)<br>)<br>) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(✓)　the appearance of defendant as required; and/or

　　(B)　(✓)　the safety of any person or the community.

//

//

The court concludes:

A.    (✓)   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

· SUBMISSION TO DETONTION

(B)   (✓)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

, SUBMISSION TO DETONTION

IT IS ORDERED that defendant be detained.

DATED: 3/17/26

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2